Donald S. Friedman, Esq.  SBN: 36363
LAW OFFICES OF DONALD S. FRIEDMAN
ronafrie@yahoo.com
3035 Divisadero Street
San Francisco, CA  94123
Telephone: (415) 392-2677
Facsimile: (415) 392-6101

Attorney for Plaintiff
MOHAMMAD YUSUF AHMADY
and AYSHA AHMADY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMAD YUSUF AHMADY, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> AMERICAN AIRLINES, INC., ) <br> et al., ) <br> Defendants. ) <br> _____ ) | Case No. C10-03187 SC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER SUBSTITUTING AYSHA AHMADY AS PLAINTIFF |

On February 1, 2011, Plaintiff MOHAMMAD YUSUF AHMADY died; as the parties are desirous of settling the case and an offer of settlement has been accepted, the parties hereby stipulate pursuant to FRCP 25(a) and 25(c) that the decedent Plaintiff's surviving spouse, AYSHA AHMADY, be substituted as Plaintiff herein.

                                         Respectfully submitted,

Dated:  April 12, 2011          LAW OFFICES OF DONALD S. FRIEDMAN


                                /S/ Donald S. Friedman
                                DONALD S. FRIEDMAN, Esq.
                                Attorney for Plaintiff
                                MOHAMMAD YUSUF AHMADY
                                and AYSHA AHMADY

**Stipulation and [Proposed] Order Substituting**
**Aysha Ahmady as Plaintiff; Action No.: C-10-3187 SC**

1 | Dated: April 12, 2011               COOPER, WHITE & COOPER

                                     /S/ Jie-Ming Chou
                                     JIE-MING CHOU, Esq.
                                     Attorneys for Defendant
                                     AMERICAN AIRLINES, INC.

                                     JCHOU@CWCLAW.COM
                                     (415) 433-1900; fax: 433-5530

ORDER

   PURSUANT TO STIPULATION, IT IS SO ORDERED that AYSHA AHMADY be and is substituted in for MOHAMMAD YUSUF AHMADY as the Plaintiff in this action. The caption shall be revised accordingly.

DATED:  4/13/11

                                     _____
                                     UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED — Judge Samuel Conti]*

   I attest that Jie-Ming Chou, Esq. has authorized me to electronically sign this document on her behalf.

DATED: April 12, 2011               LAW OFFICES OF DONALD S. FRIEDMAN

                                    By:        /S/
                                       DONALD S. FRIEDMAN

Stipulation and [Proposed] Order Substituting
Aysha Ahmady as Plaintiff; Action No.: C-10-3187 SC    2