COOPER, WHITE & COOPER LLP
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
SCOTT M. McLEOD (SBN 242035)
  smcleod@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant, American Airlines, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AYSHA AHMADY,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICAN AIRLINES, DOES 1 to 10,<br><br>        Defendant. | CASE NO. C-10-3187 SC<br><br>**Stipulation of Dismissal**<br><br>(Rule 41(a)(1)(A)(ii)) |

The parties hereby stipulate to a dismissal <u>with</u> prejudice of this action in it's entirety with no attorneys' fees, costs or other relief to be awarded for or against any party.

DATED: April 29, 2011          COOPER, WHITE & COOPER LLP


                                By:  /s/ Jie-Ming Chou
                                     Jie-Ming Chou
                                     Attorneys for Defendant, Amerian Airlines, Inc.


DATED: April 29, 2011          LAW OFFICES OF DONALD S. FRIEDMAN


                                By:  /s/ Donald Friedman
                                     Donald Friedman
                                     Attorney for Plaintiff Aysha Ahmady

IT IS SO ORDERED
*[signature]*
Judge Samuel Conti

656609.1

C-10-3187 SC

Stipulation of Dismissal